Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| ARLENE HAY,<br><br>            Plaintiff,<br><br>    vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>            Defendants. | Federal Case No.: 5:16-CV-04639-NC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Arlene Hay, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Equifax, Inc. as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

   (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

      (1) a notice of dismissal before the opposing party serves either an answer

1 | or a motion for summary judgment.
2 |     Defendant Equifax, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for
3 | summary judgment. Accordingly, the matter may be dismissed against it for all purposes and
4 | without an Order of the Court.
5 |
6 | Dated: November 15, 2016        Sagaria Law, P.C.
7 |
8 |           By:    */s/ Elliot W. Gale*
                  Elliot W. Gale
9 |           Attorneys for Plaintiff
          Arlene Hay

2

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX, INC.