SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ARLENE HAY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX, INC.; et. al.,<br><br><br><br>　　　　　　Defendants. | Case No.: 5:16-CV-04639-NC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT JPMORGAN CHASE BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　**PLEASE TAKE NOTICE THAT** plaintiff Arlene Hay and defendant JPMorgan Chase Bank, N.A., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties anticipate that this matter will be dismissed within 30 days.

Dated:   November 30, 2016

　　　　　　　　　　　　　　　　　　　　**Sagaria Law, P.C.**
　　　　　　　　　　　　　　　　　　　　　　/s/ *Elliot Gale*
　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1